```
                                              FILED
                                              April 9, 2008
         UNITED STATES DISTRICT COURT FOR THE
                                              CLERK, US DISTRICT COURT
           EASTERN DISTRICT OF CALIFORNIA     EASTERN DISTRICT OF
                                              CALIFORNIA

                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,              )
                                       )       Case No. MAG. 08-0126 DAD
           Plaintiff,                  )
v.                                     )       ORDER FOR RELEASE OF
                                       )       PERSON IN CUSTODY
JENNIFER MILLER,                       )
                                       )
           Defendant.                  )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JENNIFER MILLER, Case No. MAG. 08-0126 DAD, Charge Title 18 USC §§ 1349, 1344, 1028A (a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    X    Bail Posted in the Sum of $ 25,000⁰⁰

         X    Unsecured Appearance Bond  co-signed by defendant's husband by April 18, 2008

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

         X    (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 9, 2008 at 3:07 pm.

                                    By  _Dale A. Drozd_
                                        Dale A. Drozd
                                        United States Magistrate Judge