1  McGREGOR W. SCOTT
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748





8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11  IN RE:                    )   CR. NO. 2:08-MJ-0126 DAD
    Jennifer Miller           )
12  110 Doreen Ct.            )   Application For Order Unsealing
    Vallejo, CA 94589         )   the Application and Affidavit in
13                            )   Support of Criminal Complaint;
                              )   [~~Proposed~~] Order
14  _____)

16      TO THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE

17  JUDGE:

18      COME NOW Russell L. Carlberg, Assistant United States Attorney

19  for the Eastern District of California, to petition this Court and

20  respectfully represent:

21      1. On April 8, 2008, the Honorable United States Magistrate

22  Judge Dale A. Drozd issued an order in the above-referenced case

23  sealing the criminal complaint, the arrest warrant, the affidavit,

24  as well as the memorandum and proposed order.

25      2. The terms of the sealing order were that the aforementioned

26  documents remain under seal until the defendant was arrested.

27      3. On or about April 9, 2008, federal agents arrested the

28

                                   1

defendant and transported her to Sacramento for her initial appearance on the criminal complaint. So, by the terms of the order, the documents are no longer under seal.

THEREFORE, your petitioner prays that the Court order the clerk's office to unseal them and make them part of the public record.

Dated: April 24, 2008

Respectfully submitted,

McGREGOR W. SCOTT
U.S. ATTORNEY

by: _____
RUSSELL L. CARLBERG
Assistant U.S. Attorney

## AND [PROPOSED] ORDER

THE COURT HEREBY ORDERS that the criminal complaint, the arrest warrant, the affidavit, as well as the memorandum and proposed order in case No. 2:08-MJ-0126 DAD be unsealed and made part of the public record.

DATED: 4/24/08

_____
HON. DALE A. DROZD
United States Magistrate Judge

2