**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 208
Sacramento, CA 95814
Telephone:  (916) 447-1920
Facsimile:  (916) 442-8299
Email:       Long_5999@msn.com

Attorney for Defendant
JENNIFER MILLER

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-08-145 FCD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER ADDING MENTAL HEALTH COUNSELING TO PRE-TRIAL RELEASE CONDITIONS** |
| JENNIFER MILLER, | |
| Defendant | |

Defendant JENNIFER MILLER has had a number of conversations with Pre-Trial Services Officer Tai Gaskins concerning the many stresses and problems that Ms. Miller is facing.  It is the opinion of Ms. Gaskins that Ms. Miller needs mental health counseling to help her cope with those stresses and problems.  I, Michael Long, also agree that Ms. Miller would benefit from the mental health counseling.  I have spoken with AUSA Russell Carlberg.  He also agrees that Ms. Miller would benefit from the counseling.

PTS Officer Gaskins, AUSA Carlberg and Michael Long, the appointed counsel for Jennifer Miller, all agree and stipulate that a mental health counseling condition should be added to Jennifer Miller's pre-trial release conditions.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1

Dated: October 8, 2008

/s/ Michael D. Long

2

Michael D. Long
Appointed counsel for Ms. Miller

3

Dated: October 8, 2008

/s/ Russell Carlberg

4

AUSA Russell Carlberg
Signed by Mr. Long with the permission of

5

Mr. Carlberg

6

Dated: October 8, 2008

/s/ Tai Gaskins

PTS Officer Tai Gaskins

7

Signed by Mr. Long with the permission of
Ms. Gaskins

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com

**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 208
Sacramento, CA 95814
Telephone:  (916) 447-1920
Email:      Long_5999@msn.com

Attorney for Defendant
JENNIFER MILLER

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.:  Cr.S-08-145 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER ADDING A MENTAL HEALTH** |
| vs. ) | **CONDITION TO JENNIFER MILLER'S** |
| ) | **PRE-TRIAL RELEASE CONDITIONS** |
| JENNIFER MILLER, ) | |
| ) | |
| Defendant ) | |
| ) | |

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that:

1.    A mental health counseling condition be added to defendant Jennifer Miller's conditions of pre-trial release;

2.    The Pretrial Services Officer shall notify Ms. Miller of the added condition and have her sign an amended list of conditions of pretrial release; and

3.    The Clerk of the Court is directed to serve a copy of this order on the Pretrial Services Officer.

DATED:  October 9, 2008.

_____
U.S. MAGISTRATE JUDGE

- 3 -