MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for JENNIFER MILLER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-145 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| JACQULINE CRAFT, | ) |
| JENNIFER MILLER, et al | ) Date: 1-12-09 |
| | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Honorable Frank C. Damrell, Jr. |

================================

It is hereby stipulated between the parties, Russell Carlberg, Assistant United States

Attorney and Michael Long, attorney for JENNIFER MILLER, that the status conference date of

January 12, 2009, at 10:00 a.m., should be continued until January 13, 2009, at 2:00 p.m.  Defendant

MILLER will enter a plea of guilty pursuant to a written plea agreement at the January 13, 2009,

hearing.  The continuance is necessary because on January 12, 2009, Mr. Long will be in trial in

Department 11 of the Sacramento County Superior Court (Judge Hight).

The parties agree that here is no need to exclude time for the one day.

Dated:  July 7, 2008                                Respectfully submitted,

                                                  /s/ Michael D. Long_____
                                                  MICHAEL D. LONG
                                                  Attorney for Jennifer Miller

///
///

Dated:  July 7, 2008

-1-

-2-

1

2

LAWRENCE G. BROWN
Acting United States Attorney

3

/s/ Russell L. Carlberg____
RUSSELL L. CARLBERG
Assistant U.S. Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 208
2  Sacramento, CA 95814
3  (916) 447-1920
   Long_5999@msn.com
4

5                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
6

7  THE UNITED STATES OF AMERICA,        ) No. CR-S-08-145 FCD
                       Plaintiff,        )
                                         ) ORDER
8          v.                            )
9                                        ) Date:  1-12-09
   JACQUELINE CRAFT,                     ) Time:  10:00 a.m.
10 JENNIFER MILLER, et al.,              ) Judge: Honorable Frank C. Damrell, Jr.
                       Defendant.        )
11 ================================

12         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status
13 conference presently set for January 12, 2009, at 10:00 a.m. be continued to January 13, 2009, at
14 2:00 p.m. for a change of plea.  Time will not be excluded from the Speedy Trial Act for the one
15 day.
16

17 Dated:  January 7, 2009
18                                        _____
                                          FRANK C. DAMRELL, JR.
19                                        UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28